65 A.3d 915

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent**

v.

**Anthony JOHNSON, Petitioner.**

**No. 24 EM 2013.**

Supreme Court of Pennsylvania.

May 1, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of May, 2013, the Application for Relief is **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filing to counsel of record.